Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS TURNER,<br><br>            Plaintiff,<br><br>   vs.<br><br>W.W. GRAINGER, et al.,<br><br>            Defendants. | NO. C09-1068RAJ<br><br>ORDER |

This matter comes before the court on Plaintiff's unopposed motion for an extension of the response deadline (Dkt. # 40). In order to allow the Plaintiff to consult transcripts of late-scheduled depositions, the Plaintiff requests that his response to Defendants' motion for summary judgment (Dkt. # 35) be continued from today until June 4, and accompanied by an extension of the Defendants' reply deadline to June 14. The court will not grant an extension of that length, however, due to the fast-approaching trial date and pretrial deadlines.

ORDER - 1

1  Instead, the court will GRANT IN PART and DENY IN PART the Plaintiff's
2  motion (Dkt. # 40), and set the Plaintiff's response deadline as May 25, 2010, and the
3  Defendants' reply deadline as June 8, 2010.
4  DATED this 17th day of May, 2010.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2