THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>W.W. GRAINGER, INC., an Illinois corporation; RONALD HANSEN, and his marital community; JOHN DOE MANAGERS and SUPERVISORS and their marital communities,<br><br>    Defendants. | No. C09-1068 RAJ<br><br>DECLARATION OF HELENE SHERLOCK IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

I, HELENE SHERLOCK, declare and state as follows:

1. I am employed by W.W. Grainger, Inc. ("Grainger") as a Regional Human Resources Manager. I am over the age of 18, competent to testify, and make this declaration based on my personal knowledge and my knowledge of the files and records maintained by Grainger in the normal course of its business.

2. From 2006-2008 (the years identified in Mr. Turner's response to defendants' motion for summary judgment) Bob Oberlander was employed by Grainger as a Senior Corporate Sales Manager in the Government Sales division. In that position, his direct supervisor was John Hanrahan and his Regional Vice President was Sandra Taylor. Neither Ron Hansen nor Chris Garlieb was ever responsible for supervising or disciplining Mr. Oberlander.

DECLARATION OF HELENE SHERLOCK ISO DEFS'
MOTION FOR SUMMARY JUDGMENT (No. C09-1068 RAJ) – 1
04311-0016/LEGAL18405968.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. At the time Grainger investigated and terminated Mr. Turner for his admitted misconduct, I was not aware of allegations that Sherri Smith or any other Grainger employee had ever misused the Boeing employee account.

4. During my deposition, I testified very generally about an incident during which Grainger audited an employee's expense reports. The employee's name was Patrick Diamond. The details of that incident are as follows: In October 2005, Grainger's finance department audited Mr. Diamond's expense reports. Based on that audit, it initially appeared that Mr. Diamond had purchased holiday gifts for his direct reports that were more expensive than recommended. During my deposition I testified that I believed the gifts were cigars. However, upon further reflection, I believe the gifts were some sort of food item. It was later determined that the purchases were in fact appropriate. However, the audit also revealed that Mr. Diamond's administrative assistant had approved some of her own expenses. That was not proper protocol. As such, Chris Garlieb (Mr. Diamond's Regional Sales Vice President, at the time) put a coaching document in Mr. Diamond's file reiterating that it was Mr. Diamond's responsibility to review and approve all expenses related to team activities. At the time of this incident Mr. Diamond was 42 years old.

5. In my role as a Human Resources Manager, I use notebooks to document various conversations, calls, and thoughts I have throughout the workday. When this litigation began, I did not recall keeping any notes about phone calls concerning Mr. Turner's termination. In late March 2010, I ran across one of my old notebooks with notes from telephone conversations that occurred in February and March of 2009. In glancing through the notebook, I discovered that it contained notes regarding telephone conversations concerning Mr. Turner. I immediately identified what I thought were all of the entries referring to Mr. Turner and typed up notes from those conversations. No one asked me to type up my notes. I decided to type them up so that they would be legible as my handwriting can sometimes be hard to read. I believe that my type-written notes accurately captured the substance of my handwritten notes regarding conversations

DECLARATION OF HELENE SHERLOCK ISO DEFS'
MOTION FOR SUMMARY JUDGMENT (No. C09-1068 RAJ) – 2
04311-0016/LEGAL18405968.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

handwritten notes regarding conversations about Mr. Turner. As soon as they were typed up, I provided Grainger with a copy. When I provided the type-written notes, I did not mention the existence of the handwritten notes. When I did tell Grainger about the handwritten notes, Grainger asked me to provide the notes immediately and I did so as soon as I was able in light of previously scheduled travel arrangements to visit my newborn grandbaby.

6. During my deposition, Mr. Turner's attorney asked me if I "pay attention" to age in the context of a termination, and I answered truthfully that I do. I pay attention to age in the context of a termination because I am aware that employers face a risk of litigation every time they terminate an employee over 40, or in any other protected category. Thus, I generally note whether an employee at risk of termination falls into a protected category. These notations are certainly not factors weighing in favor of termination.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

SIGNED at San Ramon, CA this 7th day of June, 2010.

HELENE SHERLOCK

DECLARATION OF HELENE SHERLOCK ISO DEFS'
MOTION FOR SUMMARY JUDGMENT (No. C09-1068 RAJ) – 3
04311-0016/LEGAL18405968.1
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

I certify that on June 8, 2010, I caused the foregoing **DECLARATION OF HELENE SHERLOCK IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals of record:

| | |
|---|---|
| Mary Ruth Mann and James W. Kytle<br>Law Offices of Mann and Kytle, PLLC<br>200 Second Avenue West<br>Seattle, WA 98119 | Attorneys for Plaintiffs |

Dated this 8th day of June, 2010, at Seattle, Washington.

*s/ Janet Davenport*
Janet Davenport, Legal Secretary

CERTIFICATE OF SERVICE (No. C09-1068 RAJ) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

04311-0016/LEGAL18405968.1